IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MALIK JA'RELLE WILLIAMS<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR TREE, INC.,<br><br>    Defendant. | CIVIL ACTION NO.: 4:23-cv-266 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 4, 2024, Report and Recommendation, (doc. 14), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 14.) The following sanctions shall be imposed in any future civil case filed by Plaintiff Williams against Dollar Tree Inc. (and related entities),[1] including but not limited to Dollar Tree Distribution Inc., in this district:

1. The Clerk shall open a miscellaneous file into which all of Plaintiff's future filings against Dollar Tree Inc. (and related entities) shall be collected. The presiding judge shall review the filings. Only those complaints that allege a plausible claim for relief against Dollar Tree Inc. (and related entities) will be approved for filing. All other cases against Dollar Tree Inc. (and related entities) will be dismissed without any further judicial action after 30 days from the date the complaint was received by the Clerk, unless the Court orders otherwise. Thus, although the Court will read and consider any complaint that Williams endeavors to file against Dollar Tree Inc. (and related entities), it will not necessarily enter an order addressing the application or complaint. If no order is forthcoming, then 30 days after the complaint's receipt, the Clerk shall, without awaiting any further direction, notify Williams that the case has been dismissed without prejudice. The Clerk shall not docket any further motions

---

[1] The term "Dollar Tree Inc. (and related entities)" shall include any entity having the name "Dollar Tree" within its identifying nomenclature, as well as employees, subsidiaries, and agents of Dollar Tree. (See, doc. 14, p. 5 n. 3.)

    or papers in that case except for a notice of appeal. If a notice of appeal is filed, the Clerk shall forward a copy of this Report and Recommendation, the Order adopting, the notice of appeal, and the dismissed Complaint to the Court of Appeals.

2. To ensure that all of Williams' future pleadings against Dollar Tree Inc. (and related entities) are properly consolidated for review, the Clerk shall personally advise each deputy clerk of the Court's ruling in this case and develop a procedure for ensuring that all of Williams' future complaints are immediately assigned and forwarded to the presiding district judge in this case, regardless of which divisional clerk's office received and docketed the papers.

3. Williams may file a motion to modify or rescind the order imposing these restrictions no earlier than two years from the date of its entry.

4. Although not clearly applicable in this case, for clarity, these filing restrictions do not apply to any criminal case in which Williams is named as a defendant, to any proper application for a writ of habeas corpus, or to cases filed by Williams against other would-be defendants.

Furthermore, for the reasons explained in this Court's September 19, 2023 Order, (doc. 4), the Complaint is **DISMISSED** with prejudice. (Doc. 1.) The Clerk is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED**, this 10th day of January, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA