# United States District Court
## Southern District of Georgia

MALIK JA'RELLE WILLIAMS,

  Plaintiff,

            v.

DOLLAR TREE, INC.

  Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cv-266

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on January 10, 2025, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court dismisses this Complaint with prejudice. This civil action stands closed.

Approved by: _____

January 30, 2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk